J-A09028-26

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| IN RE: RECUSAL OF CHELSA WAGNER | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| APPEAL OF: AARON CHANEY | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | No. 904 WDA 2025 |

Appeal from the Order Entered June 30, 2025
In the Court of Common Pleas of Allegheny County Civil Division at
No(s):  GD-25-001961

BEFORE:  NICHOLS, J., McLAUGHLIN, J., and SULLIVAN, J.

CONCURRING/DISSENTING STATEMENT BY SULLIVAN, J.:

**FILED: July 28, 2026**

Were this matter properly before this Court, I would agree with the Majority's able analysis in affirming the trial judge's decision to deny the underlying petition for recusal; however, I question whether this Court has jurisdiction to consider this appeal when orders denying recusal are interlocutory.  *See Haviland v. Kline & Specter, P.C.*, 182 A.3d 488, 493 (Pa. Super. 2018) (noting that "this Court has routinely held that a pre-trial motion seeking to recuse a judge from further proceedings is not a final order") (internal citation omitted); *accord In re Cumberland Cnty. Dist. Attorney's Office*, 330 A.3d 471, 473-476 & n.1 (Pa. Super. 2025) (considering, pursuant to Pa.R.A.P. 311(d), the Commonwealth's appeal on its miscellaneous motion to recuse a judge in all criminal proceedings); *Irish Holdings LLC v. EQT Prod. Co.*, 330 A.3d 455, 457 (Pa. Super. 2025)

(considering, after the granting a request for permission to appeal under 42 Pa.C.S.A. § 702(b), an appeal from the denial of a recusal motion). Absent any additional indication that this interlocutory order is properly before this Court, I respectfully suggest that quashal is the more appropriate disposition.